944

No. 96–6012. WILLIAMS v. TOOMBS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–6015. GRANT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6017. MORRISON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6018. MARTINEZ-PEREZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–6019. LACEY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–6020. EWAIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6022. WALKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6023. WITHROW v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6025. WOODRUP v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–6033. LANGFORD v. LeCUREUX, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–6070. LAKE v. HOPE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 95–1882. CALIFORNIA v. MITCHELL. Ct. App. Cal., 6th App. Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 96–217. ABRAHAM, DISTRICT ATTORNEY, PHILADELPHIA COUNTY, ET AL. v. YOUNG. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–9341. HOGAN v. McDANIEL, WARDEN. Sup. Ct. Nev. Certiorari denied. JUSTICE O'CONNOR and JUSTICE GINSBURG would grant certiorari.